# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 19-3062

———————————————

Catherine Dahlberg

*Plaintiff - Appellant*

v.

Radisson Blu Mall of America

*Defendant - Appellee*

————————

Appeal from United States District Court
for the District of Minnesota

————————

Submitted: June 10, 2020
Filed: June 15, 2020
[Unpublished]

————————

Before GRASZ, BEAM, and KOBES, Circuit Judges.

————————

PER CURIAM.

Catherine Dahlberg appeals the district court's[1] adverse grant of summary judgment in this employment discrimination action. Having carefully reviewed the

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

record and the arguments on appeal, we conclude the district court did not err in granting summary judgment. *See Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (reviewing de novo grant of summary judgment). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

_____